**Motion Granted; Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00785-CV

_____

**RICHARD ALAN HAASE, Appellant**

**V.**

**HYCHEM, INC., Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-175011**

## ORDER

This appeal is from a judgment signed August 27, 2014. Appellant filed a notice of appeal on September 25, 2014. Appellant filed a motion to proceed as inidgent and an affidavit of indigence on October 24, 2014. *See* Tex. R. App. P. 20.1. Appellant's motion to proceed as indigent is granted.

On October 28, 2014, this court forwarded appellant's affidavit of indigence to the trial court and instructed the clerk to notify the appropriate court reporter of

the right to file a contest within ten days. No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the district clerk and Elizabeth Wittu, the court reporter, are directed to file the clerk's record and the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.